# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CIVIL DOCKET FOR CASE #: 6:20−cv−00813−ADA

| | |
|---|---|
| WSOU Investments LLC v. Juniper Networks, Inc. | Date Filed: 09/04/2020 |
| Assigned to: Judge Alan D Albright | Date Terminated: 09/27/2021 |
| Cause: 35:271 Patent Infringement | Jury Demand: Both |
| | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**WSOU Investments LLC**  
*doing business as*  
Brazos Licensing and Development

represented by **Edward J. Naughton**  
Brown Rudnick LLP  
One Financial Center  
Boston, MA 02111  
617−856−8200  
Fax: 617−856−8201  
Email: enaughton@brownrudnick.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Sarah Gabrielle Hartman**  
Brown Rodnick LLP  
2211 Michelson Drive  
Irvine, CA 92612  
949−440−0245  
Fax: 949−252−1514  
Email: shartman@brownrudnick.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Timothy J. Rousseau**  
Brown Rudnick LLP  
7 Times Square  
New York, NY 10036  
(212) 209−4800  
Fax: (212) 209−4801  
Email: trousseau@brownrudnick.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Yarelyn Mena**  
Brown Rudnick LLP  
7 Times Square  
New York, NY 10036  
(212) 209−4800  
Fax: (212) 209−4801  
Email: ymena@brownrudnick.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Alessandra Carcaterra Messing**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
(212) 209–4813
Fax: (212) 938–2990
Email: amessing@brownrudnick.com
*ATTORNEY TO BE NOTICED*

**David M. Stein**
Brown Rudnick LLP
2211 Michelson Drive
Irvine, CA 92612
949–887–4600
Fax: 949–486–3686
Email: dstein@brownrudnick.com
*ATTORNEY TO BE NOTICED*

**Rebecca M. Lecaroz**
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
(617) 856–8200
Fax: (617) 856–8201
Email: rlecaroz@brownrudnick.com
*ATTORNEY TO BE NOTICED*

**Raymond W Mort , III**
The Mort Law Firm, PLLC
100 Congress Ave, Suite 2000
Austin, TX 78701
512–865–7950
Fax: 512–865–7950
Email: raymort@austinlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Juniper Networks, Inc.**          represented by   **Dallas Bullard**
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood City, CA 94065
(650) 801–5000
Fax: (650) 801–5100
Email: dallasbullard@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph E. Reed**
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801–5000
Fax: (650) 801–5100
Email: joereed@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua Scheufler**
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood City, CA 94065
(650) 801–5000
Fax: (650) 801–5100
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Margaret Shyr**
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Fl.
Redwood Shores, CA 94025
(650) 801–5097
Fax: (650) 801–5000
Email: margaretshyr@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nima Hefazi**
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443–3000
Fax: (213) 443–3100
Email: nimahefazi@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pushkal Mishra**
Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa St 10th Floor
Los Angeles, CA 90017
(213) 443–3000
Fax: (213) 443–3100
Email: pushkalmishra@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin P.B. Johnson**
Quinn Emanuel Urquhart & Sullivan
555 Twin Dolphin Drive, 5th Floor

Redwood Shores, CA 94065
(650) 801–5000
Fax: 650/801–5100
Email: kevinjohnson@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Todd M. Briggs**
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650–801– 5000
Fax: 650–801– 5100
Email: toddbriggs@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**B. Russell Horton**
George, Brothers, Kincaid & Horton, L.L.P.
114 West 7th Street
Suite 1100
Austin, TX 78701
(512) 495–1400
Fax: (512) 499–0094
Email: rhorton@gbkh.com
*ATTORNEY TO BE NOTICED*

**Counter Plaintiff**

**Juniper Networks, Inc.**                       represented by  **Dallas Bullard**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph E. Reed**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua Scheufler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Margaret Shyr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nima Hefazi**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

|  |  |
|---|---|
|  | *ATTORNEY TO BE NOTICED* |
|  | **Pushkal Mishra**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Kevin P.B. Johnson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Todd M. Briggs**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **B. Russell Horton**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **WSOU Investments LLC** | represented by | **Edward J. Naughton**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Sarah Gabrielle Hartman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Timothy J. Rousseau**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Yarelyn Mena**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Alessandra Carcaterra Messing**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **David M. Stein**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Rebecca M. Lecaroz**<br>(See above for address) |

*ATTORNEY TO BE NOTICED*

**Raymond W Mort , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/04/2020 | Ï 1 | COMPLAINT ( Filing fee $ 400 receipt number 0542−13932879), filed by WSOU Investments LLC d/b/a Brazos Licensing and Development. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(Mort, Raymond) (Entered: 09/04/2020) |
| 09/04/2020 | Ï 2 | RULE 7 DISCLOSURE STATEMENT filed by WSOU Investments LLC d/b/a Brazos Licensing and Development. (Mort, Raymond) (Entered: 09/04/2020) |
| 09/04/2020 | Ï 3 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Mort, Raymond) (Entered: 09/04/2020) |
| 09/04/2020 | Ï 4 | REQUEST FOR ISSUANCE OF SUMMONS by WSOU Investments LLC d/b/a Brazos Licensing and Development. (Mort, Raymond) (Entered: 09/04/2020) |
| 09/04/2020 | Ï | Case assigned to Judge Alan D Albright. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (am) (Entered: 09/04/2020) |
| 09/04/2020 | Ï 5 | Summons Issued as to Juniper Networks, Inc.. (am) (Entered: 09/04/2020) |
| 09/11/2020 | Ï 6 | MOTION to Appear Pro Hac Vice by Raymond W Mort, III ( Filing fee $ 100 receipt number 0542−13957307) by on behalf of WSOU Investments LLC. (Mort, Raymond) (Entered: 09/11/2020) |
| 09/11/2020 | Ï 7 | MOTION to Appear Pro Hac Vice by Raymond W Mort, III ( Filing fee $ 100 receipt number 0542−13957316) by on behalf of WSOU Investments LLC. (Mort, Raymond) (Entered: 09/11/2020) |
| 09/11/2020 | Ï 8 | MOTION to Appear Pro Hac Vice by Raymond W Mort, III ( Filing fee $ 100 receipt number 0542−13957322) by on behalf of WSOU Investments LLC. (Mort, Raymond) (Entered: 09/11/2020) |
| 09/11/2020 | Ï 9 | MOTION to Appear Pro Hac Vice by Raymond W Mort, III ( Filing fee $ 100 receipt number 0542−13957328) by on behalf of WSOU Investments LLC. (Mort, Raymond) (Entered: 09/11/2020) |
| 09/13/2020 | Ï | Text Order GRANTING 6 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 09/13/2020) |
| 09/13/2020 | Ï | Text Order GRANTING 7 Motion to Appear Pro Hac Vice. Before the Court is the Motion for |

| | | |
|---|---|---|
| | | Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2).Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 09/13/2020) |
| 09/13/2020 | Ï | Text Order GRANTING 8 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2).Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 09/13/2020) |
| 09/13/2020 | Ï | Text Order GRANTING 9 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 09/13/2020) |
| 09/14/2020 | Ï 10 | SUMMONS Returned Executed by WSOU Investments LLC. Juniper Networks, Inc. served on 9/11/2020, answer due 10/2/2020. (Mort, Raymond) (Entered: 09/14/2020) |
| 09/17/2020 | Ï 11 | NOTICE of Attorney Appearance by Raymond W Mort, III on behalf of WSOU Investments LLC (Mort, Raymond) (Entered: 09/17/2020) |
| 09/22/2020 | Ï 14 | Standing Order Regarding Notice of Readiness in Patent Cases (Entered: 10/05/2020) |
| 09/29/2020 | Ï 12 | MOTION to Appear Pro Hac Vice by Raymond W Mort, III ( Filing fee $ 100 receipt number 0542−14017430) by on behalf of WSOU Investments LLC. (Mort, Raymond) (Entered: 09/29/2020) |
| 10/01/2020 | Ï | Text Order GRANTING 12 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall apply for admission to the bar of this court in compliance with Local Rule AT−1(f)(1). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 10/01/2020) |

| | | |
|---|---|---|
| 10/02/2020 | ï 13 | Unopposed MOTION for Extension of Time to File Answer by WSOU Investments LLC. (Attachments: # 1 Proposed Order)(Mort, Raymond) (Entered: 10/02/2020) |
| 10/05/2020 | ï | Text Order GRANTING 13 Motion for Extension of Time to Answer entered by Judge Alan D Albright. Came on for consideration is Plaintiff's Motion. Noting that it is unopposed, the Court GRANTS the Motion. Defendant shall have up to and including November 16, 2020 to answer or otherwise respond to Plaintiff's Complaint. (This is a text–only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 10/05/2020) |
| 10/05/2020 | ï | Reset Deadlines: Juniper Networks, Inc. answer due 11/16/2020. (am) (Entered: 10/05/2020) |
| 10/30/2020 | ï 15 | MOTION to Appear Pro Hac Vice by Raymond W Mort, III ( Filing fee $ 100 receipt number 0542–14132653) by on behalf of WSOU Investments LLC. (Mort, Raymond) (Entered: 10/30/2020) |
| 11/02/2020 | ï | Text Order GRANTING 15 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 11/02/2020) |
| 11/16/2020 | ï 16 | ANSWER to 1 Complaint with Jury Demand . Attorney B. Russell Horton added to party Juniper Networks, Inc.(pty:dft), COUNTERCLAIM against WSOU Investments LLC by Juniper Networks, Inc..(Horton, B.) (Entered: 11/16/2020) |
| 11/17/2020 | ï 17 | RULE 7 DISCLOSURE STATEMENT filed by Juniper Networks, Inc.. (Horton, B.) (Entered: 11/17/2020) |
| 11/25/2020 | ï 18 | Opposed MOTION to Transfer Case *to the Northern District of California* by Juniper Networks, Inc.. (Attachments: # 1 Martinez Declaration, # 2 Briggs Declaration, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Proposed Order)(Horton, B.) (Entered: 11/25/2020) |
| 12/03/2020 | ï 19 | NOTICE – *Case Readiness Status Report* by WSOU Investments LLC (Mort, Raymond) (Entered: 12/03/2020) |
| 12/03/2020 | ï 20 | NOTICE *Response to Case Readiness Status Report* by Juniper Networks, Inc. re 19 Notice (Other) (Briggs, Todd) (Entered: 12/03/2020) |
| 12/04/2020 | ï 21 | Pro Hac Vice Letter to Nima Hefazi from Juniper Networks, Inc.. (am) (Entered: 12/04/2020) |
| 12/04/2020 | ï 22 | Pro Hac Vice Letter to Pushkal Mishra from Juniper Networks, Inc.. (am) (Entered: 12/04/2020) |
| 12/07/2020 | ï 23 | MOTION to Appear Pro Hac Vice by B. Russell Horton *for Margaret Shyr* ( Filing fee $ 100 receipt number 0542–14253420) by on behalf of Juniper Networks, Inc.. (Attachments: # 1 Proposed Order)(Horton, B.) (Entered: 12/07/2020) |
| 12/07/2020 | ï 24 | ORDER GOVERNING PROCEEDINGS PATENT CASE, Telephone Conference set for 12/21/2020 01:30 PM before Judge Alan D Albright. Signed by Judge Alan D Albright. (am) (Entered: 12/07/2020) |
| 12/07/2020 | ï 25 | MOTION to Appear Pro Hac Vice by B. Russell Horton *for Nima Hefazi* ( Filing fee $ 100 receipt number 0542–14254366) by on behalf of Juniper Networks, Inc.. (Attachments: # 1 Proposed |

| | | |
|---|---|---|
| | | Order)(Horton, B.) (Entered: 12/07/2020) |
| 12/07/2020 | Ï 26 | MOTION to Appear Pro Hac Vice by B. Russell Horton *for Joseph Reed* ( Filing fee $ 100 receipt number 0542−14254980) by on behalf of Juniper Networks, Inc.. (Attachments: # 1 Proposed Order)(Horton, B.) (Entered: 12/07/2020) |
| 12/07/2020 | Ï 27 | ANSWER to 16 Answer to Complaint, Counterclaim by WSOU Investments LLC.(Mort, Raymond) (Entered: 12/07/2020) |
| 12/07/2020 | Ï 28 | MOTION to Appear Pro Hac Vice by B. Russell Horton *for Pushkal Mishra* ( Filing fee $ 100 receipt number 0542−14255295) by on behalf of Juniper Networks, Inc.. (Attachments: # 1 Proposed Order)(Horton, B.) (Entered: 12/07/2020) |
| 12/07/2020 | Ï 29 | NOTICE – *Updated – Case Readiness Status Report* by WSOU Investments LLC (Mort, Raymond) (Entered: 12/07/2020) |
| 12/09/2020 | Ï | Text Order GRANTING 23 Motion to Appear Pro Hac Vice for Attorney Margaret Shyr for Juniper Networks, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 12/09/2020) |
| 12/11/2020 | Ï | Text Order GRANTING 25 Motion to Appear Pro Hac Vice for Attorney Nima Hefazi for Juniper Networks, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 12/11/2020) |
| 12/11/2020 | Ï | Text Order GRANTING 26 Motion to Appear Pro Hac Vice for Attorney Joseph E. Reed for Juniper Networks, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 12/11/2020) |
| 12/11/2020 | Ï | Text Order GRANTING 28 Motion to Appear Pro Hac Vice for Attorney Pushkal Mishra for Juniper Networks, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to |

| | | |
|---|---|---|
| | | practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 12/11/2020) |
| 12/14/2020 | 30 | ORDER Cancelling Telephonic Scheduling Conference. Signed by Judge Alan D Albright. (tada) (Entered: 12/14/2020) |
| 01/04/2021 | 31 | Proposed Scheduling Order by WSOU Investments LLC. (Mort, Raymond) (Entered: 01/04/2021) |
| 02/01/2021 | 32 | NOTICE *of Withdrawal of Counsel − Pushkal Mishra* by Juniper Networks, Inc. (Horton, B.) (Entered: 02/01/2021) |
| 02/01/2021 | 33 | DEFICIENCY NOTICE: re 32 Notice (Other) (lad) (Entered: 02/01/2021) |
| 02/03/2021 | 34 | Opposed MOTION to Stay Case *Pending Resolutions of Its Motion to Transfer* by Juniper Networks, Inc.. (Attachments: # 1 Proposed Order)(Horton, B.) Modified on 9/22/2021 (ir). (Entered: 02/03/2021) |
| 02/03/2021 | 35 | Opposed MOTION to Expedite *Hearing on Its Motion to Stay Proceedings Pending Resolution of Its Motion to Transfer* by Juniper Networks, Inc.. (Attachments: # 1 Proposed Order)(Horton, B.) Modified on 9/22/2021 (ir). (Entered: 02/03/2021) |
| 02/10/2021 | 36 | Response in Opposition to Motion, filed by WSOU Investments LLC, re 34 Opposed MOTION to Stay Case *Pending Resolutions of Its Motion to Transfer* filed by Defendant Juniper Networks, Inc. (Mort, Raymond) (Entered: 02/10/2021) |
| 02/12/2021 | 38 | Standing Order Regarding Filing Documents Under Seal and Redacted Pleadings in Patent Cases. Signed by Judge Alan D Albright. as of 2/12/2021. (bot1) (Entered: 02/24/2021) |
| 02/17/2021 | 37 | REPLY to Response to Motion, filed by Juniper Networks, Inc., re 34 Opposed MOTION to Stay Case *Pending Resolutions of Its Motion to Transfer* filed by Defendant Juniper Networks, Inc. (Briggs, Todd) (Entered: 02/17/2021) |
| 03/16/2021 | 39 | *Defendant Juniper Networks, Inc.'s First Amended* ANSWER to 1 Complaint, 16 Answer to Complaint, Counterclaim with Jury Demand , ANSWER to 1 Complaint, 16 Answer to Complaint, Counterclaim , COUNTERCLAIM against WSOU Investments LLC by Juniper Networks, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Horton, B.) (Entered: 03/16/2021) |
| 03/29/2021 | 40 | BRIEF by WSOU Investments LLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit)(Mort, Raymond) (Entered: 03/29/2021) |
| 04/06/2021 | 41 | ANSWER to 39 Answer to Complaint,, Answer to Counterclaim,,, by WSOU Investments LLC.(Mort, Raymond) (Entered: 04/06/2021) |
| 04/19/2021 | 42 | NOTICE *of IPR filing* by WSOU Investments LLC (Mort, Raymond) (Entered: 04/19/2021) |
| 04/19/2021 | 43 | BRIEF regarding 40 Brief by Juniper Networks, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L)(Briggs, Todd) (Entered: 04/19/2021) |
| 04/22/2021 | 44 | STATUS REPORT *Re: Inter−District Motion to Transfer* by Juniper Networks, Inc.. (Horton, B.) (Entered: 04/22/2021) |
| 04/22/2021 | 45 | STATUS REPORT *Regarding Briefing Completion by April 30, 2021* by WSOU Investments LLC. (Mort, Raymond) (Entered: 04/22/2021) |
| 04/23/2021 | 46 | |

| | | |
|---|---|---|
| | | Sealed Document: Opposition to Motion to Transfer Venue of 18 Opposed MOTION to Transfer Case *to the Northern District of California* by WSOU Investments LLC (Attachments: # 1 Affidavit, # 2 Affidavit, # 3 Sealed Document, # 4 Sealed Document, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Sealed Document, # 16 Proposed Order) (Mort, Raymond) (Entered: 04/23/2021) |
| 04/26/2021 | Ï 47 | NOTICE *of Correction* by WSOU Investments LLC re 46 Sealed Document, (Mort, Raymond) (Entered: 04/26/2021) |
| 04/28/2021 | Ï 48 | MOTION for Judgment on the Pleadings *Regarding Indirect Infringement* by Juniper Networks, Inc.. (Attachments: # 1 Proposed Order)(Horton, B.) (Entered: 04/28/2021) |
| 04/30/2021 | Ï 49 | Response in Opposition to Motion, filed by WSOU Investments LLC, re 18 Opposed MOTION to Transfer Case *to the Northern District of California* filed by Defendant Juniper Networks, Inc. – *Public Version* (Attachments: # 1 Affidavit, # 2 Affidavit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Proposed Order)(Mort, Raymond) (Entered: 04/30/2021) |
| 04/30/2021 | Ï 50 | Miscellaneous Objection *to the Declaration of Matt Hogan and Notice of Reservation of Right to Supplement Its Reply in Support of Its Motion to Transfer Venue to the Northern District of California* by Juniper Networks, Inc.. (Horton, B.) (Entered: 04/30/2021) |
| 04/30/2021 | Ï 51 | REPLY to Response to Motion, filed by Juniper Networks, Inc., re 18 Opposed MOTION to Transfer Case *to the Northern District of California* filed by Defendant Juniper Networks, Inc. *In Support of Its Motion to Transfer Venue to the Northern District of California* (Attachments: # 1 Reed Declaration, # 2 Sealed Exhibit A)(Horton, B.) (Entered: 04/30/2021) |
| 04/30/2021 | Ï 52 | Sealed Document: *Exhibit A* of 51 Reply to Response to Motion, by Juniper Networks, Inc. (Horton, B.) (Entered: 04/30/2021) |
| 05/03/2021 | Ï 53 | BRIEF regarding 43 Brief, by WSOU Investments LLC. (Attachments: # 1 Exhibit)(Mort, Raymond) (Entered: 05/03/2021) |
| 05/04/2021 | Ï 54 | Joint MOTION for Protective Order by WSOU Investments LLC. (Mort, Raymond) (Entered: 05/04/2021) |
| 05/04/2021 | Ï 55 | ATTACHMENT – *Motion* to 54 Joint MOTION for Protective Order by WSOU Investments LLC. (Mort, Raymond) (Entered: 05/04/2021) |
| 05/12/2021 | Ï 56 | NOTICE *of Withdrawal of Its Reply in Support of Its Motion to Transfer Venue to the Northern District of California* by Juniper Networks, Inc. re 51 Reply to Response to Motion, (Horton, B.) (Entered: 05/12/2021) |
| 05/12/2021 | Ï 57 | AMENDED COMPLAINT against Juniper Networks, Inc. amending, filed by WSOU Investments LLC.(Mort, Raymond) (Entered: 05/12/2021) |
| 05/12/2021 | Ï 58 | Response in Opposition to Motion, filed by WSOU Investments LLC, re 48 MOTION for Judgment on the Pleadings *Regarding Indirect Infringement* filed by Defendant Juniper Networks, Inc. (Attachments: # 1 Proposed Order)(Mort, Raymond) (Entered: 05/12/2021) |
| 05/17/2021 | Ï 59 | MOTION for Protective Order by WSOU Investments LLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Proposed Order)(Mort, Raymond) (Entered: 05/17/2021) |
| 05/17/2021 | Ï 60 | BRIEF regarding 53 Brief by Juniper Networks, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Briggs, Todd) (Entered: 05/17/2021) |
| 05/19/2021 | Ï 61 | Sealed Document: *Juniper Networks, Inc.'s Opposition to WSOU's Motion for a Protective Order* of 54 Joint MOTION for Protective Order by Juniper Networks, Inc. (Attachments: # 1 Exhibit A slip |

| | | |
|---|---|---|
| | | sheet, # 2 Exhibit B, # 3 Proposed Order) (Horton, B.) (Entered: 05/19/2021) |
| 05/19/2021 | 62 | ATTACHMENT *Juniper Networks, Inc.'s Opposition to WSOU's Motion for a Protective Order* to 54 Joint MOTION for Protective Order , 55 Attachment by Juniper Networks, Inc.. (Attachments: # 1 Proposed Order)(Horton, B.) (Entered: 05/19/2021) |
| 05/20/2021 | 63 | NOTICE – *Joint Claim Construction Statement* by WSOU Investments LLC re 60 Brief, 40 Brief, 43 Brief, 53 Brief (Mort, Raymond) (Entered: 05/20/2021) |
| 05/24/2021 | 64 | Redacted Copy of 59 MOTION for Protective Order by WSOU Investments LLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Proposed Order)(Mort, Raymond) (Entered: 05/24/2021) |
| 05/24/2021 | 65 | Sealed Document: Juniper Networks, Inc.'s Reply in Support of Its Motion to Transfer Venue to the Northern District of California by Juniper Networks, Inc. (Attachments: # 1 Exhibit A – filed under seal) (Horton, B.) (Entered: 05/24/2021) |
| 05/24/2021 | 66 | ATTACHMENT *Declaration of Joseph E. Reed in Support of Juniper Networks, Inc.'s Reply in Support of Its Opposed Motion to Transfer Venue to the Northern District of California* to 65 Sealed Document by Juniper Networks, Inc.. (Horton, B.) (Entered: 05/24/2021) |
| 05/25/2021 | 67 | ORDER RESETTING Zoom Markman Hearing for 6/24/2021 03:30 PM before Judge Alan D Albright. Signed by Judge Alan D Albright. (bot1) (Entered: 05/25/2021) |
| 05/26/2021 | 68 | Redacted Copy *of Juniper Networks, Inc.'s Opposition to WSOU's Motion for a Protective Order* of 61 Sealed Document, by Juniper Networks, Inc.. (Horton, B.) (Entered: 05/26/2021) |
| 05/26/2021 | 69 | MOTION to Dismiss *Plaintiff's First Amended Complaint* by Juniper Networks, Inc.. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Horton, B.) (Entered: 05/26/2021) |
| 05/27/2021 | 70 | ORDER Signed by Judge Alan D Albright. (ir) (Entered: 05/28/2021) |
| 05/30/2021 | 71 | Sealed Document: WSOU Investments, LLC d/b/a Brazos Licensing and Development's Sur–Reply in Opposition to Juniper Networks, Inc.'s Motion to Transfer Venue of 65 Sealed Document by WSOU Investments LLC (Attachments: # 1 Affidavit, # 2 Exhibit) (Mort, Raymond) (Entered: 05/30/2021) |
| 06/01/2021 | 72 | ORDER GRANTING 59 Motion for Protective Order. Signed by Judge Alan D Albright. (ir) (Entered: 06/01/2021) |
| 06/01/2021 | 73 | RESPONSE in Support, filed by Juniper Networks, Inc., re 18 Opposed MOTION to Transfer Case *to the Northern District of California* filed by Defendant Juniper Networks, Inc. *Juniper Networks, Inc.'s Reply in Support of Its Motion to Transfer Venue* (Horton, B.) (Entered: 06/01/2021) |
| 06/05/2021 | 74 | Redacted Public Version of 71 Sealed Document, by WSOU Investments LLC. (Attachments: # 1 Affidavit, # 2 Exhibit)(Mort, Raymond) (Entered: 06/05/2021) |
| 06/07/2021 | 75 | MOTION for Protective Order *to Modify Protective Order* by Juniper Networks, Inc.. (Attachments: # 1 Affidavit of Todd M Briggs, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Proposed Order Granting Motion to Modify Protective Order)(Briggs, Todd) (Entered: 06/07/2021) |
| 06/09/2021 | 76 | Response in Opposition to Motion, filed by WSOU Investments LLC, re 69 MOTION to Dismiss *Plaintiff's First Amended Complaint* filed by Defendant Juniper Networks, Inc. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Mort, Raymond) (Entered: 06/09/2021) |
| 06/15/2021 | 77 | STATUS REPORT *Re: Inter–District Motion to Transfer* by Juniper Networks, Inc.. (Horton, B.) (Entered: 06/15/2021) |
| 06/16/2021 | 78 | |

| | | |
|---|---|---|
| | | REPLY to Response to Motion, filed by Juniper Networks, Inc., re 69 MOTION to Dismiss *Plaintiff's First Amended Complaint* filed by Defendant Juniper Networks, Inc. (Horton, B.) (Entered: 06/16/2021) |
| 06/16/2021 | Ï 79 | Standing Order regarding Scheduling Order. Signed by Judge Alan D Albright. (Entered: 06/17/2021) |
| 06/21/2021 | Ï 80 | ORDER RESETTING Zoom Markman Hearing for 6/24/2021 09:00 AM before Judge Alan D Albright. Signed by Judge Alan D Albright. (bot2) (Entered: 06/21/2021) |
| 06/21/2021 | Ï 81 | MOTION to Appear Pro Hac Vice by B. Russell Horton *for Dallas Bullard* ( Filing fee $ 100 receipt number 0542−14933084) by on behalf of Juniper Networks, Inc.. (Horton, B.) (Entered: 06/21/2021) |
| 06/21/2021 | Ï 82 | MOTION to Appear Pro Hac Vice by B. Russell Horton *for Joshua Scheufler* ( Filing fee $ 100 receipt number 0542−14933271) by on behalf of Juniper Networks, Inc.. (Horton, B.) (Entered: 06/21/2021) |
| 06/22/2021 | Ï 83 | SUPPLEMENT to 82 MOTION to Appear Pro Hac Vice by B. Russell Horton *for Joshua Scheufler* ( Filing fee $ 100 receipt number 0542−14933271) *signature page only* by Juniper Networks, Inc.. (Horton, B.) (Entered: 06/22/2021) |
| 06/23/2021 | Ï | Text Order GRANTING 81 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 06/23/2021) |
| 06/23/2021 | Ï | Text Order GRANTING 82 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 06/23/2021) |
| 06/23/2021 | Ï 84 | *VACATED PER ORDER DATED 6/30/2021* Sealed Order. ORDER DENYING DEFENDANT JUNIPERS MOTION TO TRANSFER. Signed by Judge Alan D Albright. (ir) Modified on 6/30/2021 (ir). (Entered: 06/23/2021) |
| 06/23/2021 | Ï 90 | REDACTED ORDER. ORDER DENYING DEFENDANT JUNIPERS MOTION TO TRANSFER. Signed by Judge Alan D Albright. (bw) (Entered: 07/06/2021) |
| 06/24/2021 | Ï 85 | Minute Entry for proceedings held before Judge Alan D Albright: Markman Hearing held on 6/24/2021. Case called for Markman Hearing for this and 6 companion cases. There is one claim term that is at issue. The Court heard argument regarding proposed claim construction. After hearing argument the Court determined that he will maintain his preliminary construction of plain and ordinary meaning. The parties stated that they have 6 patents at issue so the Court said that there will have to be 2 trials. The parties can confer and determine which patents belong together for each |

| | | |
|---|---|---|
| | | trial. (Minute entry documents are not available electronically). (Court Reporter Kristie Davis). (bot2) (Entered: 06/24/2021) |
| 06/24/2021 | 86 | ORDER TO PAY TECHNICAL ADVISOR. Signed by Judge Alan D Albright. (lad) (Entered: 06/24/2021) |
| 06/24/2021 | 87 | CLAIM CONSTRUCTION ORDER. Signed by Judge Alan D Albright. (lad) (Entered: 06/24/2021) |
| 06/25/2021 | 88 | NOTICE *Regarding Footnote 1 of Order Denying Transfer* by WSOU Investments LLC re 84 Sealed Order (Attachments: # 1 Exhibit, # 2 Exhibit)(Mort, Raymond) (Entered: 06/25/2021) |
| 06/30/2021 | 89 | Sealed AMENDED ORDER DENYING DEFENDANT JUNIPERS MOTION TO TRANSFER. Signed by Judge Alan D Albright. (ir) (Entered: 06/30/2021) |
| 07/07/2021 | 91 | SUPPLEMENT to 17 Disclosure Statement (Rule 7) by Juniper Networks, Inc.. (Horton, B.) (Entered: 07/07/2021) |
| 08/04/2021 | 92 | NOTICE *of Supplemental Authority* by WSOU Investments LLC re 69 MOTION to Dismiss *Plaintiff's First Amended Complaint*, 76 Response in Opposition to Motion, (Attachments: # 1 Exhibit Supplemental Authority)(Mort, Raymond) (Entered: 08/04/2021) |
| 09/21/2021 | 93 | ORDER SETTING TRIAL DATES. Jury Selection set for 7/11/2022 before Judge Jeffrey C. Manske. Jury Trial set for 7/11/2022 before Judge Alan D Albright. Signed by Judge Alan D Albright. (ir) (Entered: 09/21/2021) |
| 09/24/2021 | 94 | Federal Circuit PRECEDENTIAL ORDER granting Petition for Writ of Mandamus filed by Petitioner Juniper Networks, Inc. The district courts order denying Junipers motion to transfer is vacated, and the district court is directed to grant the transfer motion. (Order denying Motion to Transfer was previously vacated by this Court's own order.)(lad) (Entered: 09/24/2021) |
| 09/27/2021 | 95 | ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA. Signed by Judge Alan D Albright. (ir) (Entered: 09/27/2021) |
| 09/27/2021 | | Case transferred to Northern District of California. (ir) (Entered: 09/27/2021) |